IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00154-BNB

KENNETH SMITH, SR.,

    Plaintiff,

v.

JOHN HICKENLOOPER, City of Denver,
GERRY WHITMAN, Chief of Denver Police Dept.,
POLICE OFFICER BRILL, #00036,
POLICE OFFICER BURDETT, #01067,
POLICE OFFICER NUANES, #00109,
CARL TURNER,
JOHN DOE, Police Dispatch, and
JANE DOE, Police Dispatch,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Kenneth Smith, Sr., initiated this action by filing *pro se* a Complaint. In an order filed on January 22, 2007, the court ordered Mr. Smith to cure a deficiency in this action if he wished to pursue his claims. Specifically, the court noted that three of the five pages in the court's complaint form were missing from the complaint submitted by Mr. Smith. In order to cure this deficiency, Mr. Smith was provided with additional copies of the court's complaint form.

Mr. Smith has attempted to cure the specified deficiency, but he has not filed an amended complaint in order to do so. Instead, on February 20, 2007, Mr. Smith filed a document titled "Pursuant to D.C.Colo.LCivR 8.1 Cure Deficiency." Attached to that document are the pages that were missing from the complaint Mr. Smith filed to initiate

this action. This separation of various pages of the court's complaint form in different documents has the potential to cause confusion and delays in the consideration of Mr. Smith's claims in this action. Therefore, Mr. Smith will be directed to file an amended complaint utilizing the entire complaint form that includes all of the claims he wishes to pursue in this action. Accordingly, it is

ORDERED that Mr. Smith file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Smith, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Mr. Smith fails within the time allowed to file an original and sufficient copies of an amended complaint as directed, the action will be dismissed without further notice.

DATED February 27, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00154-BNB

Kenneth Smith
15160 E. 55th Ave
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER two copies of the Complaint** to the above-named individuals on 2-27-07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk