IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 9 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00154-WDM-BNB

KENNETH SMITH, SR.,

    Plaintiff,

v.

DENVER, CITY AND COUNTY OF, a municipality,
MAYOR JOHN HICKENLOOPER,
GERRY WHITMAN, Chief of Denver Police Dept., and Denver Police officers
    individuals,
BRILL, #00036,
BURDETT, #01067,
NUANES, #00109,
J. VINCENT, #01042,
JOHN DOE, Dispatcher, and
JANE DOE, Dispatcher,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: April 5, 2007

BY THE COURT:

s/ Walker D. Miller

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00154-WDM-BNB

Kenneth Smith, Sr.
15160 E. 55th Ave
Denver, CO 80239

US Marshal Service
Service Clerk
Service forms for: DENVER, CITY AND COUNTY OF, MAYOR JOHN HICKENLOOPER, GERRY WHITMAN, Chief of Denver Police Dept., A. BRILL, #00036, J. BURDETT, #01067,NUANES, #00109, and J. VINCENT, #01042,

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on DENVER, CITY AND COUNTY OF, MAYOR JOHN HICKENLOOPER, GERRY WHITMAN, Chief of Denver Police Dept., A. BRILL, #00036, J. BURDETT, #01067, NUANES, #00109, and J. VINCENT, #01042,: AMENDED COMPLAINT FILED ON 03/16/07, ORDER TO DISMISS IN PART AND DRAW CASE FILED 03/29/07,SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 4-9-07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk