IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00154-WDM-BNB

KENNETH SMITH, SR.,

Plaintiff,

v.

DENVER, CITY AND COUNTY OF, a municipality,
MAYOR JOHN HICKENLOOPER,
GERRY WHITMAN, Chief of Denver Police Department, and
Denver Police Officers individuals,
BRILL, #00036,
BURDETT, #01067,
NUANES, #00109,
J. VINCENT, #01042,
JOHN DOE, Dispatcher, and
JANE DOE, Dispatcher,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Summary Judgement and Brief in Support of Summary Judgement** [Doc. # 29, filed 6/29/2007] (the "Motion"). Although the plaintiff filed the Motion as a motion for summary judgment, it does not set forth any admissible evidence in support of the plaintiff's claims. Instead, the Motion appears to be a response to the defendants' motions to dismiss. Accordingly,

IT IS ORDERED that plaintiff's Motion is construed as a response to the defendants' motions to dismiss.

IT IS FURTHER ORDERED that the Motion is DENIED insofar as it may seek affirmative relief and is more than a response to the defendants' motion to dismiss.

Dated July 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge