IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00154-WDM-BNB

KENNETH SMITH, SR.,

Plaintiff,

v.

DENVER, CITY AND COUNTY OF, a municipality,
MAYOR JOHN HICKENLOOPER,
GERRY WHITMAN, Chief of Denver Police Department, and
Denver Police Officers individuals,
BRILL, #00036,
BURDETT, #01067,
NUANES, #00109,
J. VINCENT, #01042,
JOHN DOE, Dispatcher, and
JANE DOE, Dispatcher,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Stipulated Motion to Revise Scheduling Order Dates** [docket no. 44, filed May 12, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **June 12, 2008**, and the dispositive motions deadline is extended to and including **July 14, 2008**.

DATED: May 14, 2008