IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00154-WDM-BNB

KENNETH SMITH, SR.,

Plaintiff,

v.

DENVER, CITY AND COUNTY OF, a municipality,
MAYOR JOHN HICKENLOOPER,
GERRY WHITMAN, Chief of Denver Police Department, and
Denver Police Officers individuals,
BRILL, #00036,
BURDETT, #01067, and
NUANES, #00109,

Defendants.

---

**ORDER**

---

This matter is before me on the defendants' **Motion to Compel Pursuant to Fed. R. Civ. P. 37(a)** [Doc. # 47, filed 6/11/2008] (the "Motion to Compel"). I held a hearing on the motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the plaintiff to respond to the defendants' written discovery requests on or before **August 15, 2008**;

GRANTED to require the plaintiff to appear for his deposition on **August 8, 2008, at**

**8:30 a.m.,** at Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th

Street, Denver, Colorado; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

Discovery Cut-Off:                              **October 31, 2008**

(All discovery must be completed by the discovery cut-off.  All
written discovery must be served so that responses are due on or
before the discovery cut-off.)

Dispositive Motions Deadline:           **November 14, 2008**

Expert Disclosures:

(a)     The parties shall designate all experts and provide
        opposing counsel with all information specified in
        Fed. R. Civ. P. 26(a)(2) on or before **August 22,
        2008**

(b)     The parties shall designate all rebuttal experts and
        provide opposing counsel with all information
        specified in Fed. R. Civ. P. 26(a)(2) on or before
        **September 26, 2008**

**Final Pretrial Conference:**   The final pretrial conference set for October 7,

2008, at 8:30 a.m., is VACATED and reset to **February 17, 2009, at 9:00 a.m.**  A Final Pretrial

Order shall be prepared by the parties and submitted to the court no later than **February 10,**

**2009**.

Dated July 18, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

3